

# United States District Court
# For the District of Columbia

AF Holdings, LLC )
)
)
)
vs  Plaintiff )  Civil  Case: 1:11-cv-01274
)  Assigned To : Walton, Reggie B.
Does 1-1,140 )  Assign. Date : 7/13/2011
)  Description: General Civil
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __AF Holdings, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AF Holdings, LLC__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

467166
BAR IDENTIFICATION NO.

Timothy Anderson
Print Name

2492 North Landing Rd, Ste 104
Address

Address of
AF Holdings LLC
Springates East
Government Road
Charlestown, Nevis

Virginia Beach, VA 23456
City          State          Zip Code

7573013636
Phone Number