UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-1274 (RBW) |
| ) | |
| DOES 1 – 1140, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with the Internet Protocol addresses listed in Exhibit A to this Notice of Dismissal. The Doe Defendants associated with this Dismissal are Does 1-8.[1] The respective Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

---

[1] Plaintiff labels the settling parties as Doe Defendants 1-8 for the sole purpose of providing the Court with a running tally of the aggregate number of individuals that have been dismissed from this action. The reference of the IP addresses associated with this notice of dismissal is Exhibit A.

-2-

        Respectfully submitted,

        AF HOLDINGS, LLC

**DATED:** October 7, 2011

        By:    /s/ Timothy V. Anderson
                TIMOTHY V. ANDERSON (D.C. Bar # 467166)
                Anderson & Associates, PC
                2492 N. Landing Road, Suite 104
                Virginia Beach, VA 23456
                Telephone: (757) 301 – 3636
                Facsimile: (757) 301 - 3640
                E-mail: timanderson@virginialawoffice.com
                *Attorney for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on October 7, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                        /s/ Timothy V. Anderson
                        TIMOTHY V. ANDERSON