# EXHIBIT A

| IP Address |
| --- |
| 174.52.36.11 |
| 67.171.66.17 |
| 68.49.234.133 |
| 69.249.5.74 |
| 69.14.155.219 |
| 69.14.177.88 |
| 64.188.224.113 |
| 71.203.119.211 |