UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 1140, )<br>)<br>Defendants. )<br>) | Case No. 1:11-CV-01274-RBW |

**PLAINTIFF'S STATUS REPORT PURSUANT TO THE COURT'S ORDER OF SEPTEMBER 8, 2011**

This Status Report is filed pursuant to the Court's September 8, 2011 Order wherein the Court ordered Plaintiff to file a status report consisting of Plaintiff's progress in determining the identity of the Doe Defendants, as well as an expected completion date of the limited discovery authorized by its Order. (Order, ECF No. 4.)

For the Court's background, Plaintiff filed this action on July 13, 2011 against 1,140 Doe Defendants for unlawfully reproducing and distributing Plaintiff's copyrighted work via the BitTorrent protocol. (Compl., ECF No. 1.) At the time of filing its Complaint, Plaintiff was unable to identify the Doe Defendants by name, but only by their Internet Protocol (IP) addresses. Accordingly, on July 25, 2011, Plaintiff moved for leave to take discovery prior to the Rule 26(f) conference. (Pl.'s Mot., ECF No. 3.) On September 8, 2011, the Court granted Plaintiff's motion. (Order, ECF No. 4.)

I.  **Progress in Determining the Identity of Doe Defendants**

Plaintiff issued subpoenas pursuant to the Court's order on September 16, 2011. Of the one thousand one hundred and forty (1,140) IP addresses listed in the complaint, Plaintiff has completed its early discovery activities with respect to two hundred and sixty-six (266) IP

addresses—or roughly 23% of the IP addresses originally listed in the complaint. Pursuant to communications with the ISP's who have not yet produced information, Plaintiff expects to receive information with respect to approximately three hundred (300) IP addresses by November 23, 2011.

    **II.**    **Expected Completion Date of the Limited Discovery**

    Plaintiff tentatively expects to require an additional two months to complete production and continues to work and communicate with ISP's regarding the outstanding subscriber information.

    Respectfully submitted,

    AF Holdings LLC

**DATED**: November 10, 2011

    By: /s/ Timothy V. Anderson
    Timothy V. Anderson (D.C. Bar # 467166)
    Anderson & Associates, PC
    2492 N. Landing Rd, Ste 104
    Virginia Beach, VA 23456
    Telephone: (757) 301-3636
    Fax: (757) 301-3640
    E-mail: timanderson@virginialawoffice.com
    *Counsel for the Plaintiff*