UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Leave to file is granted.*
*Judge Walton*
*1/20/12*

| | |
|---|---|
| AF Holdings LLC,                                Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 11-1274-(RBW) |
| Does 1 – 1140,<br>SING MANIVONG, *pro se*<br>1088 Casa Drive<br>Clarkston, Georgia 30021<br>(404) 547-9774<br>                                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO QUASH, VACATE OR MODIFY A SUBPOENA

NOW COMES SING MANIVONG ("SING") *pro se*, not a party to this action, and pursuant to Federal Rule of Civil Procedure 45 (c) , (d), and (e)(Effective 12/1/07), objects to Plaintiff's, AF Holdings LLC ("AF"), SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION directed to Attn: Subpoena Compliance/Legal, Comcast Cable Holdings, LLC c/o C T Corporation System, 208 S. La Salle Street, #814, Chicago, IL 60604-1101 on the following grounds:

1. SING objects to Plaintiff's request on the grounds that it fails to allow a reasonable time to comply with said request pursuant to FRCP 45 (c)(3) (A)(i) since he did not receive the request directly and therefore have adequate time to seek counsel.

2. SING objects to Plaintiff's request on the grounds that it requires him, who is neither a party nor a party's officer, to travel more than 100 miles from where he resides, is employed, or regularly transacts business in person because he resides, ~~is employed,~~

and regularly transacts business in person in the state of Georgia, which is far more than 100 miles to the place required by said subpoena pursuant to FRCP 45 (c)(3) (A)(ii).

3. SING objects to Plaintiff's request on the grounds that it seeks the production of information or documents containing information about him which is protected as confidential, privileged, or other protected matter which is not subject to any of the exceptions or waivers pursuant to FRCP 45 (c)(3) (A)(iii).

4. SING objects to Plaintiff's request on the grounds that it requires him, who is neither a party nor a party's officer, to travel more than 100 miles from where he resides, is employed, or regularly transacts business in person because he resides, is employed, and regularly transacts business in person in the state of Georgia, subjecting him to undue burden pursuant to FRCP 45 (c)(3) (A)(iv).

5. SING objects to Plaintiff's request on the grounds that it seeks the production of information or documents containing confidential or privileged communications between him and a licensed professional privileged under O.C.G.A. § 43-39-16.

6. SING objects to Plaintiff's request on the further grounds that it seeks the production of information or documents which are neither relevant to the subject matter of any claim or defense asserted in this litigation nor likely to lead to the discovery of admissible evidence.

This _11_ day of _January_, 2012.

_[signature]_
SING MANIVONG, Defendant, Pro se
1088 Casa Drive
Clarkston, Georgia 30021
(404) 547-9774

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF Holdings LLC,        )<br>            Plaintiff,   )<br>                       )<br>v.                     )<br>                       )<br>Does 1 – 1140,         )<br>SING MANIVONG, *pro se* )<br>1088 Casa Drive       )<br>Clarkston, Georgia 30021 )<br>(404) 547-9774        )<br>            Defendant.  )<br>                       ) | Civil Action No. 11-1274-(RBW) |

## VERIFICATION

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this __11__ day of __JAN__, 2012.

*[signature]*
SING MANIVONG, Defendant, *pro se*
1088 Casa Drive
Clarkston, Georgia 30021
(404) 547-9774

STATE OF GEORGIA        )
                        ) ss
COUNTY OF DEKALB        )

Personally appeared before me, the undersigned officer duly authorized to administer oaths, SING MANIVONG, who, after being duly sworn, states and deposes on oath that the facts contained in the foregoing instruments are true and correct.

Sworn to and subscribed before me
this __11th__ day of __January__
2012.

_____
Notary Public
My Commission Expires:

AUDREY F. LOYAL
NOTARY PUBLIC, DEKALB COUNTY, GEORGIA
MY COMMISSION EXPIRES __August 19, 2015__

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF Holdings LLC,       )<br>              Plaintiff,       )<br>                              )<br>v.                            )<br>                              )<br>Does 1 – 1140,         )<br>SING MANIVONG, *pro se*  )<br>1088 Casa Drive        )<br>Clarkston, Georgia  30021  )<br>(404) 547-9774         )<br>              Defendant.      )<br>_____) | Civil Action No. 11-1274-(RBW) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **MOTION TO QUASH, VACATE OR MODIFY A SUBPOENA** upon counsel for all parties by depositing a copy of same in the United States mail in an envelope with sufficient postage thereon addressed as follows:

> John Steele, Esquire
> Attorney for AF Holdings LLC
> Steele Hansmeier PLLC
> 161 North Clark Street, Suite 3200
> Chicago, IL 60601
>
> Comcast Legal Response Center
> NE&TO
> 650 Centerton Road
> Moorestown, NJ 08057

This  11  day of   JAN   , 2012.

_____
SING MANIVONG, Defendant, *pro se*
1088 Casa Drive
Clarkston, Georgia  30021
(404) 547-9774