UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-1274 (RBW) |
| | ) |
| DOES 1 – 1140, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S STATUS REPORT**

On January 30, 2012 the Court issued an Order denying a slate of motions to dismiss the complaint, quash the subpoenas, proceed anonymously in this action and seal filings. (Order, January 30, 2012, ECF No. 29 [hereinafter "Order"].) The Order also instructed Plaintiff to file a status report, "on February 6, 2012, indicating the expected completion of the limited discovery authorized by this Court's September 8, 2011 Order." (*Id.*) Plaintiff respectfully submits this status report in response.

After learning of the Order Plaintiff notified the Internet Service Providers ("ISPs") of the Order and the overwhelming majority of the ISPs who were withholding production pending the Court's ruling on the various motions to quash have provided returns. A comprehensive list of the subpoena status with respect to the various ISP's is attached as Exhibit A hereto. Plaintiff has active inquiries into the two non-responsive ISP's and has been apprised that the ISP's will shortly be apprising Plaintiff of the status of those subpoenas. Estimated productions dates for those ISP's, based on prior experience, are set forth in Exhibit A.

        Respectfully submitted,

        AF HOLDINGS, LLC

**DATED:** February 6, 2012

        By:    /s/ Timothy V. Anderson
            TIMOTHY V. ANDERSON (D.C. Bar # 467166)
            Anderson & Associates, PC
            2492 N. Landing Road, Suite 104
            Virginia Beach, VA 23456
            Telephone: (757) 301 ó 3636
            Facsimile: (757) 301 - 3640
            E-mail: timanderson@virginialawoffice.com
            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on February 6, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court¢s CM/ECF system and a true and correct copy of the foregoing was sent via first-class mail to the following:

Saliha Hadziomerovic
719 E. Sierra Ave.
Spokane, WA 99208

Marcus J. Truesdale, Sr.
Karen N. Truesdale
10218 W Oregon Ave.
Glendale, AZ 85307

Rimbaud (Rim) N. Boltong
2055 Montrose Dirve
East Point, GA 30344

Maria Reyes
Timothy Drewno
196 Ingalls St., #103
Lakewood, CO 80226

William C. Vergo
1303 Fifth St.
Tillamook, OR 97141

Kasturi Thangri
74 Cotton Street
Jersey City, New Jersey 07306

                 /s/ Timothy V. Anderson
                 TIMOTHY V. ANDERSON