*Leave to file is granted.*
*J. Watts*
*2/1/12*

Case 1:11-cv-01274-RBW                                                    Page 1 of 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF Holdings LLC, <br>           Plaintiff, <br><br> v. <br><br> Does 1 – 1140, <br> HONG MANIVONG, *pro se* <br> 1088 Casa Drive <br> Clarkston, Georgia 30021 <br> (678) 978-0398 <br>           Defendant. | Civil Action No. 11-1274-(RBW) |

## MOTION TO QUASH, VACATE OR MODIFY A SUBPOENA

NOW COMES HONG MANIVONG ("HONG") *pro se*, not a party to this action, and pursuant to Federal Rule of Civil Procedure 45 (c), (d), and (e)(Effective 12/1/07), objects to Plaintiff's, AF Holdings LLC ("AF"), SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION directed to Attn: Subpoena Compliance/Legal, Comcast Cable Holdings, LLC c/o C T Corporation System, 208 S. La Salle Street, #814, Chicago, IL 60604-1101 on the following grounds:

    1. HONG objects to Plaintiff's request on the grounds that it fails to allow a reasonable time to comply with said request pursuant to FRCP 45 (c)(3) (A)(i) since he did not receive the request directly and therefore have adequate time to seek counsel.

    2. HONG objects to Plaintiff's request on the grounds that it requires him, who is neither a party nor a party's officer, to travel more than 100 miles from where he resides, is employed, or regularly transacts business in person because he resides, is employed, and regularly transacts

business in person in the state of Georgia, which is far more than 100 miles to the place required by said subpoena pursuant to FRCP 45 (c)(3)(A)(ii).

3. HONG objects to Plaintiff's request on the grounds that it seeks the production of information or documents containing information about him which is protected as confidential, privileged, or other protected matter which is not subject to any of the exceptions or waivers pursuant to FRCP 45 (c)(3)(A)(iii).

4. HONG objects to Plaintiff's request on the grounds that it requires him, who is neither a party nor a party's officer, to travel more than 100 miles from where he resides, is employed, or regularly transacts business in person because he resides, is employed, and regularly transacts business in person in the state of Georgia, subjecting him to undue burden pursuant to FRCP 45 (c)(3)(A)(iv).

5. HONG objects to Plaintiff's request on the grounds that it seeks the production of information or documents containing confidential or privileged communications between him and a licensed professional privileged under O.C.G.A. § 43-39-16.

6. HONG objects to Plaintiff's request on the further grounds that it seeks the production of information or documents which are neither relevant to the subject matter of any claim or defense asserted in this litigation nor likely to lead to the discovery of admissible evidence.

This 26 day of Jan , 2012.

HONG MANIVONG, Defendant, Pro se
1088 Casa Drive
Clarkston, Georgia 30021
(678) 978-0398

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF Holdings LLC,<br>　　　　　Plaintiff,<br><br>v.<br><br>Does 1 – 1140,<br>HONG MANIVONG, *pro se*<br>1088 Casa Drive<br>Clarkston, Georgia  30021<br>(678) 978-0398<br>　　　　　Defendant. | Civil Action No. 11-1274-(RBW) |

## VERIFICATION

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

　　　　Executed on this 26 day of Jan, 2012.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONG MANIVONG, Defendant *pro se*
　　　　　　　　　　　　　　　　　1088 Casa Drive
　　　　　　　　　　　　　　　　　Clarkston, Georgia  30021
　　　　　　　　　　　　　　　　　(678) 978-0398

STATE OF GEORGIA　　　　)
　　　　　　　　　　　　) ss
COUNTY OF DEKALB　　　　)

Personally appeared before me, the undersigned officer duly authorized to administer oaths, HONG MANIVONG, who, after being duly sworn, states and deposes on oath that the facts contained in the foregoing instruments are true and correct.

Sworn to and subscribed before me
this 26 day of Jan, 2012.

_____
Notary Public
My Commission Expires:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AF Holdings LLC,<br>    Plaintiff,<br><br>v.<br><br>Does 1 – 1140,<br>HONG MANIVONG, *pro se*<br>1088 Casa Drive<br>Clarkston, Georgia  30021<br>(678) 978-0398<br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 11-1274-(RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **MOTION TO QUASH, VACATE OR MODIFY A SUBPOENA** upon counsel for all parties by depositing a copy of same in the United States mail in an envelope with sufficient postage thereon addressed as follows:

    John Steele, Esquire
    Attorney for AF Holdings LLC
    Steele Hansmeier PLLC
    161 North Clark Street, Suite 3200
    Chicago, IL 60601

    Comcast Legal Response Center
    NE&TO
    650 Centerton Road
    Moorestown, NJ 08057

This 26 day of Jan, 2012.

             _/s/ Hong Manivong_
             HONG MANIVONG, Defendant *pro se*
             1088 Casa Drive
             Clarkston, Georgia  30021
             (678) 978-0398